AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MICHAEL LOMBARDO<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. 5:12-MJ- 354 (ATB) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MICHAEL LOMBARDO                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Employ, use, persuade, induce, entice, or coerce a person under the age of eighteen, to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, knowing or having reason to know that such visual depictions would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, were produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, and were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce, in violation of 18 U.S.C. §2251(a).
Knowingly receive child pornography using a means and facility of interstate and foreign commerce, and in and affecting such commerce, in violation of 18 U.S.C. §§ 2252A(a)(2)(A).

Date: 07/19/2012                                                                                  _[signature]_
                                                                                                     *Issuing officer's signature*

City and state:     Syracuse, NY                                                          Hon. Andrew T. Baxter, U.S. Magistrate Judge
                                                                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/20/12, and the person was arrested on *(date)* 7/20/12
at *(city and state)* Rome, NY.

Date: 7/20/12                                                                      _[signature]_
                                                                                          *Arresting officer's signature*

                                                                                          Special Agent Alix Skelton FBI
                                                                                          *Printed name and title*