IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In Re . . . .

Docket No. 5:12-MJ-354 (ATB)

GOVERNMENT'S UNSEALING APPLICATION

[**Filed Under Seal** – *include only if necessary*]

[*For complete unsealing:*]

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court to unseal the following document(s): the Criminal Complaint, Affidavit, and Arrest Warrant. The reason(s) provided for the sealing of such document(s) are no longer applicable.

Respectfully submitted this 25th day of July, 2012.

Richard S. Hartunian
United States Attorney

*AUSA Tamara B. Thomson*
Assistant United States Attorney
Bar Roll # 515310