IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In Re . . .

Docket No. 5:12-MJ-354 (ATB)

SEALING ORDER

[*For complete unsealing*:]

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the following document(s):the Criminal Complaint, Affidavit, and Arrest Warrant. The reason(s) provided for the sealing of such document(s) are no longer applicable.

Accordingly, it is hereby order that the following document(s): the Criminal Complaint, Affidavit, and Arrest Warrant are unsealed.

SO ORDERED this 25th day of July, 2012.

*Andrew T. Baxter*

The Honorable <u>Andrew T. Baxter</u>
United States Magistrate Judge