IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

   vs.          5:12-MJ-354 (ATB)

MICHAEL LOMBARDO,

      Defendant.

_____

## ORDER APPROVING WAIVER OF PRELIMINARY HEARING

Defendant has been charged by complaint with the sexual exploitation of children in violation of 18 U.S.C. § 2251(a) and activities relating to the receipt of materials constituting child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A).

On July 25, 2012, the defendant, through counsel, voluntarily waived his right to a preliminary examination. I find that the defendant has knowingly and voluntarily waived his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, including defendant's voluntary representations, it is hereby

ORDERED, that defendant's waiver of his rights to a preliminary examination, which I find to have been knowing and intelligent and

voluntary, is accepted.

Dated: July 25, 2012

                                                                     _____
Hon. Andrew T. Baxter
U.S. Magistrate Judge